IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ORLANDO ISSAC CALLOWAY,<br><br>Debtor. | Chapter 7<br><br>Case No. 08-18561-SSC<br><br>(Not for Publication- Electronic Docketing ONLY)<br><br>ORDER INCORPORATING MEMORANDUM DECISION OF MAY 26, 2009 |

Based upon its Memorandum Decision of May 26, 2009, the Court concludes that Cactus Jack willfully violated the automatic stay by repossessing the Debtor's vehicle, despite having received several forms of notice that the Debtor was involved in an active bankruptcy case. The Debtor is entitled to recover his actual damages, including emotional distress, caused by the stay violation. Mr. Calloway is awarded the sum of $137.36 for his lost wages. The Debtor is also awarded the amount of $2,000 for the emotional distress he suffered. Based upon the foregoing, the Court awards the total amount of $2,137.36 to the Debtor. The Court shall enter a separate form of judgment.

DATED this 28th day of May, 2009.

_\[signature\]_

Honorable Sarah Sharer Curley
United States Bankruptcy Judge

1